UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACKSON SAFETY, LLC, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV00311 ERW |
| ) | |
| REVA INTERNATIONAL, LTD, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Defendant Reva International, Ltd., since the return of service upon said Defendant.

**IT IS HEREBY ORDERED** that Plaintiff shall, no later than **March 30, 2007**, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Dated this 19th day of March, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE